UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADEMOLA MICHAEL ADESANYA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>    Defendant. | Case No. 15-cv-01379-KAW<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S REQUEST FOR ADDITIONAL TIME TO SEND CHAMBERS COPIES**<br><br>Re: Dkt. No. 7 |

Plaintiff has filed a motion requesting an additional 30 days to send courtesy copies to Chambers, or in the alternative, to allow him to send his papers by email to the Courtroom Deputy. Plaintiff's request as to the 30 days additional time is DENIED. Plaintiff's alternative request to send courtesy copies by email to the Courtroom Deputy is GRANTED, such that Plaintiff is relieved from sending physical copies of his documents to the Court. Plaintiff, however, must email courtesy copies of his documents, in Microsoft Word format (.doc or .docx), to kawcrd@cand.uscourts.gov the same day of filing via the Court's online filing system.

IT IS SO ORDERED.

Dated: July 6, 2015

                                                        KANDIS A. WESTMORE
                                                        United States Magistrate Judge